IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:08-1112-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC HAMBURG | ) | |
| _____ | ) | |

This matter is before the court upon the motion of the defendant for early termination of the term of probation imposed by this court on August 31, 2009. The defendant was sentenced to five years probation, and, according to the United States Probation Office, he has complied with all of the terms and conditions of his probation up to this point. The motion relates that the United States Attorney does not oppose early termination.

The court requested a response from the Probation Office, who confirmed that the defendant is in full compliance, but also indicated that the Probation Office does not recommend early termination.

In view of the fact that the United States Attorney who prosecuted this case does not oppose early termination, and in view of the fact that the defendant has served more than one half of the probationary term imposed and has otherwise imposed with all of the conditions of probation, the request is hereby granted (ECF No. 51).

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

June 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge